USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/15

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-3611
PLDOUGLAS@JONESDAY.COM

February ~~14, 2015~~  Answer due 3/18/15.

SO ORDERED:
Date: 2/18/15
Richard A. Berman
Richard M. Berman, U.S.D.J.

VIA ECF AND HAND DELIVERY

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *LightSquared Inc., et al., v. Deere & Company, et al.*, No. 13-CV-8157 (RMB)

Dear Judge Berman:

We write on behalf of Defendants Deere & Company, Garmin International, Inc., Trimble Navigation Limited, and the U.S. GPS Industry Council to request that their time to answer LightSquared's Amended Complaint be extended to March 27, 2015. This will provide Defendants the time necessary to determine which of the allegations in the Amended Complaint's 227 paragraphs require a response in light of the Court's recent order, to investigate LightSquared's surviving allegations, and to formulate their responses. The present deadline to answer is February 19.

LightSquared has agreed to Defendants' request. This letter is Defendants' first request for an extension of their time to answer the Amended Complaint.

Respectfully,

*/s/ Philip Le B. Douglas*

Philip Le B. Douglas

cc:   Counsel for all parties in *LightSquared* (via ECF and email)



RECEIVED
FEB 17 2015
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON