UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LightSquared Inc.;
LightSquared LP; and
LightSquared Subsidiary LLC,
                Plaintiffs,

- v -

Deere & Company;
Garmin International, Inc.;
Trimble Navigation Limited;
The U.S. GPS Industry Council;
The Coalition to Save Our GPS;
John Doe No. 1, as a representative of
    The Coalition to Save Our GPS; and
John Doe No. 2, as a representative of
    The Coalition to Save Our GPS,
                Defendants.

**Case Management Plan**

13-cv-8157 (RMB)



4/3/15

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by: _____N/A_____

(ii)   Amend the pleadings by: _____N/A_____

(iii)  All discovery to be **expeditiously** completed by:* fact discovery completed by ~~December~~ *March* 31, 201~~5~~*6*; expert discovery completed by ~~March 31~~ *June 30*, 2016.

(iv)  Consent to Proceed before Magistrate Judge __Pretrial, non-dispositive matters only__

(v)   Status of settlement discussions: The parties have held preliminary settlement discussions, but there is no immediate prospect of settlement. Judge Berman has scheduled a settlement conference for June 9, 2015.

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions: for summary judgment by ~~April 26~~ *July 22*, 2016; Response by ~~May 13~~ *August 12*, 2016; Reply by ~~May 31~~ *August 26*, 2016

(vii) Oral Argument __TBD_____

(viii) Joint Pre-Trial Order to be submitted by ___TBD_____

\* Discovery related to the defendants' relationship to USGIC shall be completed by June 30, 2015.

(ix)  Final Pre-Trial Conference __TBD_____

(x)   Trial _____TBD_____

(xi)  Other _____

Dated: New York, New York
       4/3/15

                           **SO ORDERED**

                           _/s/ James C. Francis IV_
                           Hon. James C. Francis IV
                           United States Magistrate Judge

2