# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-3611
PLDOUGLAS@JONESDAY.COM

September 10, 2015



MEMO ENDORSED

VIA ELECTRONIC CASE FILING

Hon. James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *LightSquared Inc., et al. v. Deere & Company, et al.*, 13-cv-8157-RMB-JCF

Dear Judge Francis:

We represent Defendant Garmin International Inc. ("Garmin") in the above-referenced action. We have corresponded with Plaintiffs' counsel and write to confirm Plaintiffs' and Garmin's availability for a conference with Your Honor on September 24, 2015 at 2 P.M. Plaintiffs and Garmin will have client representatives in attendance.

Thank you for your attention to this matter.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/15

Respectfully submitted,

/s/ Philip Le B. Douglas

Philip Le B. Douglas

9/14/15
SO ORDERED.
James C. Francis IV
JCF

cc:   All counsel (via electronic mail)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DUSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON