UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LightSquared Inc.; LightSquared LP; and LightSquared Subsidiary LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>Deere & Company; Garmin International, Inc.; Trimble Navigation Limited; The U.S. GPS Industry Council; The Coalition to Save Our GPS; John Doe No. 1, as a representative of The Coalition to Save Our GPS; and John Doe No. 2, as a representative of The Coalition to Save Our GPS,<br><br>*Defendants.* | Case No. 13-cv-08157 (RMB)(JCF)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Devin A. DeBacker, including all of the exhibits attached thereto, and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this action, Plaintiffs LightSquared Inc.; LightSquared LP; and LightSquared Subsidiary LLC (collectively, "LightSquared"), will move this Court at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 18D, New York, New York, before the Honorable James C. Francis, United States Magistrate Judge Courtroom for an order compelling Defendants Garmin International, Inc., Deere & Company, and the U.S. GPS Industry Council (USGIC) (collectively, "defendants")[1] to produce documents in response to LightSquared's First Set of Requests for Production of Documents.

---

[1] Although Trimble Navigation Ltd. is also a defendant in this action, LightSquared is not moving to compel against Trimble. Therefore references in this motion to "defendants" mean Garmin, Deere, and USGIC.

LightSquared has made several attempts to meet and confer with defendants in good faith compliance with Rule 37(a) and Local Rule 37.2, but these efforts have been to no avail. LightSquared must therefore seek relief from this Court. LightSquared is filing this motion pursuant to Your Honor's Individual Practices 2(A), which waives the pre-motion conference requirement, and Judge Berman's October 8, 2015 Order that "[a]ll discovery disputes arising between the parties are to be referred to Magistrate Judge Francis for resolution, **as soon as possible**." 10/8/15 Order, Dkt. 124, at 1.

Dated: October 16, 2015                                   Respectfully submitted,

By:   */s/ K. Winn Allen*
     Eugene F. Assaf, P.C. (*pro hac vice*)
     Eric F. Leon, P.C.
     K. Winn Allen (*pro hac vice*)
     KIRKLAND & ELLIS LLP
     655 Fifteenth Street, N.W.
     Washington, D.C. 20005
     Telephone: (202) 879-5000
     Fax: (202) 879-5200

     *Attorneys for LightSquared Plaintiffs*